TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
NITZKIN & ASSOCIATES
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Blanca Suarez*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blanca Suarez, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Experian Information Solutions, Inc., an Ohio corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

NOW COME THE PLAINTIFF, BLANCA SUAREZ, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

1

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the City of Glendale, Maricopa County, Arizona.

4. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

5. The Defendant to this lawsuit is Experian Information Solutions, Inc. ("Experian"), which is an Ohio company that maintains a registered agent in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

6. Experian is refusing to investigate Plaintiff's consumer dispute, in violation of the FCRA.

7. On or about June 10, 2015, Ms. Suarez obtained her credit files.

8. Ms. Suarez submitted letters to Experian, disputing a Discover Financial Services trade line with account number 601129881143 and disputing a PNC Mortgage trade line with account number 433000492…. ("Errant Trade Lines") on the following dates:

    a. June 23, 2015;
    b. July 23, 2015;
    c. August 24, 2015; and
    d. September 25, 2015.

9. On or about July 23, 2015, Ms. Suarez received Experian's investigation results, which showed that Discover Financial Services was reporting multiple charge offs on its trade line with account number 601129881143…. She also noticed that PNC Mortgage was reporting multiple foreclosures on its trade line with account number 433000492….

10. On or about February 25, 2016, Ms. Suarez submitted another letter to Experian, specifically disputing the multiple charge offs on the Discover Errant Trade Line.

11. On or about March 3, 2016, Ms. Suarez submitted another letter to Experian, specifically disputing the multiple foreclosures on the PNC Errant Trade Line.

12. On or about March 9, 2016, Ms. Suarez received correspondence from Experian, which stated that it previously processed her dispute and pursuant to FCRA 311(a)(3)(A), it would not reinvestigate the same dispute again. This is false as Ms. Suarez did not previously dispute the multiple charge offs and foreclosures on the Errant Trade Lines.

3

# COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

13. Plaintiff realleges the above paragraphs as if recited verbatim.

14. Defendant Experian prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Suarez as that term is defined in 15 USC 1681a.

15. Such reports contained information about Ms. Suarez that was false, misleading, and inaccurate.

16. Experian negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Suarez, in violation of 15 USC 1681e(b).

17. After receiving Ms. Suarez's consumer dispute to the Errant Trade Lines, Experian negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

18. As a direct and proximate cause of Experian's negligent failure to perform its duties under the FCRA, Ms. Suarez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

19. Experian is liable to Ms. Suarez by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Experian for actual damages, costs, interest, and attorneys' fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

20. Plaintiff realleges the above paragraphs as if recited verbatim.

21. Defendant Experian prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Suarez as that term is defined in 15 USC 1681a.

22. Such reports contained information about Ms. Suarez that was false, misleading, and inaccurate.

23. Experian willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Ms. Suarez, in violation of 15 USC 1681e(b).

24. After receiving Ms. Suarez's consumer dispute to the Errant Trade Lines, Experian willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

25. As a direct and proximate cause of Experian's willful failure to perform its duties under the FCRA, Ms. Suarez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

26. Experian is liable to Ms. Suarez by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Experian for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: April 14, 2016

NITZKIN & ASSOCIATES

By: */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Blanca Suarez